**CLEARLAMP, LLC, Appellant**

v.

**LKQ CORPORATION, Appellee.**

**Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, Intervenor.**

**No. 2014–1627.**

United States Court of Appeals, Federal Circuit.

Feb. 18, 2015.

Matthew L. Cutler, Harness Dickey & Pierce, PLC, St. Louis, MO, argued for appellant. Also represented by Bryan K. Wheelock.

Jason Alexander Engel, K & L Gates LLP, Chicago, IL, argued for appellee. Also represented by Alan L. Barry, Benjamin Edward Weed, Kacy Dicke.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by Scott Weidenfeller, Nathan K. Kelly.

NEWMAN, LOURIE, and DYK, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**